UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-312-01 (ESH) |
| | : | |
| v. | : | |
| | : | |
| LPPAI, LTD., doing business as PA, INC., | : | |
| | : | |
| Defendant. | : | |

NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Jonathan M. Malis, Bar Number 454548, telephone number (202) 305-9665 and this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Jonathan M. Malis
ASSISTANT UNITED STATES ATTORNEY
Bar No. 454548
555 4th Street, N.W., Room 11-447
Washington, DC 20530
(202) 305-9665
Jonathan.M.Malis@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of August 2005, a copy of the foregoing Notice of Appearance was sent via facsimile (303-713-6216) to J. Triplett Mackintosh, Esq., counsel for defendant LPPAI, LTD.

_____
Jonathan M. Malis
ASSISTANT UNITED STATES ATTORNEY