**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-312-01 (ESH) |
| | : | |
| v. | : | |
| | : | |
| LPPAI, LTD., doing business as PA, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

### MOTION FOR THE *PRO HAC VICE* ADMISSION OF J. TRIPLETT MACKINTOSH

Matthew G. Weber hereby moves this Court to admit J. Triplett Mackintosh *pro hac vice* in the above-captioned case and states as follows in support of this Motion:

I was admitted to practice before the bar of the U.S. District Court for the District of Columbia on December 5, 1989. My Bar number is 416575. I am currently an active member in good standing of the Bar of the U.S. District Court for the District of Columbia.

I have known Mr. Mackintosh for more than one year in the course of our mutual employment as attorneys for Holland & Hart LLP.

My knowledge of Mr. Mackintosh's moral character is that he has excellent moral character and is committed to maintaining a high degree of professional standards.

My knowledge of Mr. Mackintosh's experience is that he practices extensively in the area of white collar criminal defense, with particular emphasis on the export control regulations that are the subject matter of this case.

I am satisfied that Mr. Mackintosh has the necessary qualifications to be admitted *pro hac vice* in this Court and I, therefore, move for his admission.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 26, 2005.

                                             s/Matthew G. Weber
                                             Matthew G. Weber, Bar No. 416575
                                             Holland & Hart LLP
                                             555 17th Street, Suite 3200
                                             P.O. Box 8749
                                             Denver, CO 80201-8749
                                             (303) 295-8000
                                             mweber@hollandhart.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 26th day of August 2005, a copy of the foregoing Motion for the *Pro Hac Vice* Admission of J. Triplett Mackintosh was sent via facsimile and U.S. Mail to:

Jonathan M. Malis
Assistant United States Attorney
United States Department of Justice
Office of the United States Attorney, District of Columbia
Judiciary Center
555 Fourth St.
Washington, DC 20503
Fax: (202) 307-6059

                                            s/Linda McLain

3441784_1.DOC