**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-312-01 (ESH) |
| | : | |
| v. | : | |
| | : | |
| LPPAI, LTD., doing business as PA, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ENTRY OF APPEARANCE**

Matthew G. Weber, Esq. of the law firm Holland & Hart LLP hereby enters his appearance on behalf of defendant LPPAI, Inc., doing business as PA, Inc.

Dated this 26th day of August 2005.

                                                  Respectfully submitted,

                                                  s/Matthew G. Weber
                                                  Matthew G. Weber, Bar No. 416575
                                                  Holland & Hart LLP
                                                  555 17th Street, Suite 3200
                                                  P.O. Box 8749
                                                  Denver, CO 80201-8749
                                                  (303) 295-8000
                                                  mweber@hollandhart.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 26th day of August 2005, a copy of the foregoing Entry of Appearance was sent via facsimile and U.S. Mail to:

Jonathan M. Malis
Assistant United States Attorney
United States Department of Justice
Office of the United States Attorney, District of Columbia
Judiciary Center
555 Fourth St.
Washington, DC 20503
Fax: (202) 307-6059

                                      s/Linda McLain

3441637_1.DOC