## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-312-01 (ESH) |
| | : | |
| v. | : | |
| | : | |
| LPPAI, LTD., doing business as PA, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

### DECLARATION OF J. TRIPLETT MACKINTOSH
### IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

I, J. Triplett Mackintosh, declare under the penalty of perjury that the following
is true and correct.

1.    I am a partner in the firm of Holland & Hart LLP, 555 17th Street, Suite
3200, Denver, CO 80202, (303) 295-8000.

2.    I was admitted to practice law in the following bars:

    a.    State of Colorado, admitted February 1, 1993;

    b.    U.S. District Court for the District of Colorado, admitted April 4,
1993;

    c.    U.S. Court of Appeals for the Federal Circuit, admitted March 8, 1990;

    d.    District of Columbia Superior Court and Court of Appeals.  I was
admitted in February 1988, but am currently on inactive status.  I am scheduled
to take a required course to reinstate my active status on October 15, 2005;

    e.    U.S. District Court for the District of Columbia.  I was admitted on
August 6, 1990, but my admission has since expired.  Once I am reinstate my

active status in the District of Columbia Superior Court and Court of Appeals, I

will take the requisite steps to renew my admission in the bar of the U.S. District

Court for the District of Columbia.

    f.    State of Maryland.  I was admitted December 13, 1986, but my

membership has since expired.

    g.    U.S. District Court for the District of Maryland.  I was admitted April

10, 1992, but my membership has since expired.

3.    I have never been disciplined by any bar.

4.    I have never been admitted *pro hac vice* in this Court.

5.    I am not engaged in the practice of law from an office located in the District

of Columbia.

Dated: August 26, 2005.

s/J. Triplett Mackintosh

J. Triplett Mackintosh, *Pro Hac Vice*
Holland & Hart LLP
555 17th Street, Suite 3200
P.O. Box 8749
Denver, CO 80201-8749
(303) 295-8000
tmackintosh@hollandhart.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 26th day of August 2005, a copy of the foregoing Declaration of J. Triplett Mackintosh in Support of Motion for *Pro Hac Vice* Admission was sent via facsimile and U.S. Mail to:

Jonathan M. Malis
Assistant United States Attorney
United States Department of Justice
Office of the United States Attorney, District of Columbia
Judiciary Center
555 Fourth St.
Washington, DC 20503
Fax: (202) 307-6059

s/Linda McLain

3441807_1.DOC