Holland & Hart LLP    8/29/2005 9:47    PAGE    2/3    RightFax

**FILED**

AUG 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-312-01 (ESH) |
| v. | : | |
| LPPAI, LTD., doing business as PA, INC., | : | |
| Defendant. | : | |

### ORDER ADMITTING J. TRIPLETT MACKINTOSH, *PRO HAC VICE*

Having reviewed the Motion for the *Pro Hac Vice* Admission of J. Triplett Mackintosh, the Declaration of J. Triplett Mackintosh in Support of Motion for *Pro Hac Vice Admission*, and being fully advised this premises, this Court hereby ORDERS that J. Triplett Mackintosh is admitted, *pro hac vice*, to represent LPPAI, Ltd., doing business as PA, Inc., in the above-captioned case.

Dated: August 29, 2005.

*Ellen S Huck*

United States District Court Judge
District of Columbia

