UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-312 (ESH) |
| | : | |
| v. | : | PLEA HEARING: September 15, 2005 |
| | : | |
| LPPAI, LTD., doing business as PA, INC., | : | |
| | : | |
| Defendant. | : | |

NOTICE OF FILING

The United States respectfully provides notice to this Court of the filing of copies of the following documents related to the plea hearing scheduled for 9:30 a.m., on September 15, 2005: (1) the criminal plea agreement; (2) the factual proffer in support of the criminal plea; (3) the administrative settlement agreement between the defendant and the United States Department of Commerce, Bureau of Industry and Security; (4) the administrative order issued by the United States Department of Commerce, Bureau of Industry and Security, pursuant to the administrative settlement agreement; and (5) the authorization for Sandford G. Baum to act on behalf of the defendant in this matter (entitled "Action of the Sole General Partner of LPPAI, LTD."). The undersigned prosecutor shall present to the Court the signed originals of the criminal plea agreement and the factual proffer in support of the criminal plea at the plea hearing.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Jonathan M. Malis
ASSISTANT UNITED STATES ATTORNEY
Bar No. 454548
555 4th Street, N.W., Room 11-447
Washington, DC 20530
(202) 305-9665 office
(202) 307-6059 facsimile
Jonathan.M.Malis@usdoj.gov

Dated: September 12, 2005

<u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that on this 12th day of September 2005, a copy of the foregoing Notice of Filing was sent via ECF to counsel of record for defendant LPPAI, LTD.

 

_____
Jonathan M. Malis
ASSISTANT UNITED STATES ATTORNEY