12/05/2005 09:56 FAX 303 295 8261    HOLLAND & HART LLP                    ☒002

DEC-01-2005(THU) 08:52   P. A. Inc.                (FAX)713 570 4950    P. 002/004

HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Docket No.: CR-05-00312-01 |
|---|---|---|
| vs. | : | SSN: None |
| LPPA1, Ltd. | : | Disclosure Date: November 2, 2005 |

**RECEIPT AND ACKNOWLEDGMENT OF**
**PRESENTENCE INVESTIGATION REPORT**

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

For the Government

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                      _____
Prosecuting Attorney                                              Date

For the Defendant

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ 12/1/05              _____ 12/1/05
Defendant          Date               Defense Counsel     Date

**NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM**

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by November 25, 2005, to U.S. Probation Officer Deborah Stevens-Panzer, telephone number (202) 565-1422, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:  Richard A. Houck, Jr., Chief
     United States Probation Officer

FILED DEC 16 2005 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

12/05/2005 09:57 FAX 303 295 8261          HOLLAND & HART LLP                         ☒003

DEC-01-2005(THU) 08:53    P.A. Inc.                          (FAX)713 570 4950          P.003/004

Receipt and Acknowledgment                                                          Page 2

Paragraph 2, Page 3: The organizational representative was Sanford G. Baum.

Paragraph 31, Page 9: The first installment was paid on September 30, 2005.

Paragraph 32, Page 9: Under the Agreement, the Bureau of Industry and Security agreed to suspend the five-year denial order in its entirety for a period of five (5) years from the date of the settlement.

Signed by: _____
           (Defendant/Defense Attorney/AUSA)

Date: _____

12/05/2005 09:57 FAX 303 295 8261        HOLLAND & HART LLP                          ☒004

DEC-01-2005(THU) 08:53    P.A. Inc.                    (FAX)713 570 4950        P.004/004

## DISCLOSURE OF PRESENTENCE REPORT
## AND RECEIPT AND ACKNOWLEDGMENT

Date Disclosed: November 9, 2005

NAME: LPPAI, Ltd.

_____                    _12/1/05_
J. Triplett Mackintosh or Matthew G. Weber            Date
Defense Attorneys


Attorney Name & Address:
Holland & Hart LLP
J. Triplett Mackintosh, Esq.
Matthew G. Weber, Esq.
555 17th Street, Suite 3200
Denver, CO 80201


Note: It is understood that faxing the presentence report is a courtesy and the United
States Probation Office reserves the right to discontinue this practice without prior
notice. Further, the presentence report is deemed disclosed on the date that it is
faxed and is also available in the probation office. As a condition of this report
being faxed, the recipient agrees to sign and fax this form back to our office
immediately. In the event this form is not faxed back to our office, the party may
be prohibited from receiving further faxed reports.

12/05/2005 09:56 FAX 303 295 8261          HOLLAND & HART LLP                                    ☒001

# HOLLAND&HART. 

Monday, December 5, 2005

To:  Deborah A. Stevens-Panzer          Fax:    202-273-0193
     Senior United State Probation      Phone:  202-565-1422
     Officer

From: Lizbeth Rodriguez                 Fax:    (303) 295-8261
                                        Phone:  (303) 295-8399

Message:

   Thanks for granting us an extension. Attached is a copy of the Receipt and Acknowledgment of Presentence Investigation Report.

---

| No Confirmation Copy | Number of pages including cover sheet: 3 |

Note: If this fax is illegible or incomplete please call us. This fax may contain confidential information protected by the attorney-client privilege. If you are not the named recipient, you may not use, distribute or otherwise disclose this information without our consent. Instead, please call (303) 295-8213; we will arrange for its destruction or return.

| Attorney Number: | 5005 | Client/Matter: | 50811.0001 | Time Deadline: | 10:00 |
| Operator Initials: | | Date Transmitted: | | Time Transmitted: | |

**Holland & Hart LLP Attorneys at Law**
Phone (303) 295-8000  Fax (303) 295-8261  www.hollandhart.com
555 17th Street Suite 3200 Denver, Colorado 80202-3979 Mailing Address P.O. Box 8749 Denver, Colorado 80201-8749
Aspen  Billings  Boise  Boulder  Cheyenne  Colorado Springs  Denver  Denver Tech Center  Jackson Hole  Salt Lake City  Santa Fe  Washington, D.C.