HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: CR-05-00312-01 |
| vs. | : | SSN: None |
| LPPAI, Ltd. | : | Disclosure Date: November 9, 2005 |

*FILED DEC 16 2005 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT*

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        11/18/05
Prosecuting Attorney                    Date

### For the Defendant
(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____    _____    _____    _____
Defendant          Date       Defense Counsel    Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **November 25, 20005**, to U.S. Probation Officer **Deborah Stevens-Panzer**, telephone number **(202) 565-1422**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Richard A. Houck, Jr., Chief
    United States Probation Officer

Receipt and Acknowledgment                                    Page 2

Paragraph 2, Page 3:
The organizational representative was Sandford G. Baum.

Paragraph 31, page 9:
LPPAI forfeited $33,653.13 worth of specialty alloy pipes.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 11/18/05



U.S. Department of Justice
United States Attorney
District of Columbia

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

# FAX

| | | | |
|---|---|---|---|
| To: | Deborah Stevens-Panzer<br>U.S. Probation Officer | From: | AUSA Jon Malis /JM/ |
| Fax: | (202) 273-0242 | Phone: | (202) 305-9665 phone<br>(202) 307-6059 fax |
| Date: | November 18, 2005 | | |
| Re: | Receipt and Acknowledgment of PSI in U.S. v. LPPAI, 05-312 (ESH) | | |
| Page(s): | 3  including cover | | |

COMMENTS:

Deborah, here are my suggested changes. Thanks.



cc:   J. Triplett Mackintosh, Esq. (303-295-8261)