AO 245E (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT

District of **COLUMBIA**

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| v. | (For Organizational Defendants) |
| LPPAI, Ltd. | CASE NUMBER: CR 05-312-01 |
| | J. Triplett Mackintosh, Esquire |
| | Defendant Organization's Attorney |

FILED
DEC 21 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**THE DEFENDANT ORGANIZATION:**

☑ pleaded guilty to count(s) **1 of the Information**

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 50 USC 1701-1705; | Attempted Export Without an Export License | | 1 |
| 31 CFR Part 560; 15 CFR Part 746 and 764 | | | |

The defendant organization is sentenced as provided in pages 2 through **6** of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.: **76-0371430**

Defendant Organization's Principal Business Address:

6626 Gulf Freeway
Houston, TX. 77087-1416

**12/16/2005**
Date of Imposition of Judgment

_/s/ Ellen S. Huvelle_
Signature of Judge

Ellen Segal Huvelle, U.S. District Judge
Name of Judge            Title of Judge

**12/20/2005**
Date

Defendant Organization's Mailing Address:



DEFENDANT ORGANIZATION: LPPAI, Ltd.
CASE NUMBER: CR 05-312-01

Judgment—Page 2 of 6

## PROBATION

The defendant organization is hereby sentenced to probation for a term of:

Three (3) years

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2A — Probation

DEFENDANT ORGANIZATION: LPPAI, Ltd.
CASE NUMBER: CR 05-312-01

Judgment—Page 3 of 6

## ADDITIONAL PROBATION TERMS

1. Defendant shall pay the sums set forth in the agreement.

2. LPPAI shall conduct semi-annual audits of its compliance with the United States export control laws and disclose the results of the audits to the Department of Commerce, Bureau of Industry and Security, Houston Resident Office, and the United States Probation Office upon completion of the audits.

3. The current compliance officer (Sanford G. Baum), the current Compliance Administrators (Helen Hensley and Wesley Hardy), and other partners, officers, directors and/or employees designated shall attend training in export control laws sponsored by the Department of Commerce, Bureau of Industry and Security within one year of the entry of the guilty plea.

4. Pursuant to 18 USC 3563(a)(1), defendant shall not commit any federal, state or local crimes during the term of probation.

5. The defendant shall cooperate truthfully, completely, and forthrightly with the United States Attorney's Office and other federal, state and local law enforcement authorities identified by the United States Attorney's Office in any matter as to which the government deems the cooperation relevant.

AO 245E     (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
            Sheet 3 — Criminal Monetary Penalties

DEFENDANT ORGANIZATION: LPPAI, Ltd.  
CASE NUMBER: CR 05-312-01

Judgment — Page 4 of 6

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|        | Assessment | Fine         | Restitution |
|--------|------------|--------------|-------------|
| TOTALS | $ 400.00   | $ 50,000.00  | $           |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---------------|-------------|---------------------|------------------------|
|               |             |                     |                        |
|               |             |                     |                        |
|               |             |                     |                        |
|               |             |                     |                        |
|               |             |                     |                        |
| TOTALS        | $ 0.00      | $ 0.00              |                        |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

  ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

  ☑ the interest requirement for the    ☑ fine    ☐ restitution is modified as follows:  Final Fine payment by 6/30/06.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.