**UNITED STATES DISTRICT COURT**

**FOR THE**

**DISTRICT OF COLUMBIA**

U.S.A. vs. **LPPAI, Ltd.**                              Docket No.: **CR 05-312-01**

**REQUEST FOR COURSE OF ACTION**

**FILED**

**JUN 0 7 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PRAYING THE COURT WILL ORDER the approval of LLPAI, Ltd., to sell it's assets.

**ORDER OF COURT**

Considered and ordered this ____7____ day of ___June___, 2007.

_____
Ellen Segal Huvelle
United States District Judge

PRAYING THE COURT WILL ORDER the denial of LLPAI, Ltd., to sell it's assets.

**ORDER OF COURT**

Considered and ordered this _____ day of _____, 2007.

_____
Ellen Segal Huvelle
United States District Judge